AO 106 (Rev. 04/10) Application for a Search Warrant

**UNDER SEAL**



FILED
MAR 19 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 1:18sw 155
Information Associated with An Account )
at Facebook, Inc., 1601 South California Avenue, )
Palo Alto, California )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

information associated with user ID BIG-GAME-KENNELS, user ID #147815375234718, and the name Big Game Kennels, and stored at the premises of Facebook, Inc., with offices at 1601 South California Avenue, in Palo Alto, CA

located in the _____Northern_____ District of _____California_____ , there is now concealed *(identify the person or describe the property to be seized)*:

Evidence of a crime contained in records associated with the social media accounts listed above, as further described in Attachment A. This warrant is sought also pursuant to 18 U.S.C. § 2703(c)(1)(A).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 7 U.S.C. § 2156 | conspiracy to engage in an animal fighting venture |
| 18 U.S.C. §§ 49(a) and 371 | |

The application is based on these facts:
See Attached Affidavit

☐ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Michael Palian, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____03/19/2018____   _____/s/_____

City and state: Alexandria, VA

Ivan D. Davis
United States Magistrate Judge



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| IN THE MATTER OF THE SEARCH ) <br> OF AN ACCOUNT AT FACEBOOK, INC. ) <br> ) | **UNDER SEAL** <br><br> NO. 1:18sw 155 |

Affidavit in Support of Application for Search Warrant

I, Michael Palian, after being duly sworn, depose and state as follows:

1. I was the affiant on the affidavit sworn to in this Court on February 21, 2018, in support of an application to search the same Facebook account that is the subject of my affidavit today. I adopt the facts contained in that affidavit ("the February 21st Affidavit") as true statements for this affidavit, and incorporate them here.

2. This affidavit is submitted in support of a warrant to require the disclosure to the government of all information associated with the Facebook account associated with the user ID BIG-GAME-KENNELS, under the name of Big Game Kennels, and the Facebook UID #147815375234718, stored at premises owned, controlled, or operated by Facebook, Inc. with offices at 1601 South California Avenue, in Palo Alto, California. Based on the facts contained in this affidavit (and including the facts incorporated from the February 21st Affidavit), there is probable cause to believe that within the information associated with this account are records, documents, communications, messages and other information, more particularly described on Attachment A (and incorporated here), related to a conspiracy to engage in an animal fighting venture, in violation of 7 U.S.C. § 2156, and 18 U.S.C. §§ 49(a) and 371.

3. The search warrant for the Facebook account sought on the basis of the February 21st Affidavit was returned unexecuted, because representatives of Facebook, Inc., notified me that the warrant provided insufficient information as to the particular account to be identified and searched. According to Facebook, the particular account to be searched could not be identified because the warrant lacked a user identification number, known as a "UID number." This application is for the issuance of a new warrant that seeks information associated with the same account that was sought on the basis of the February 21st Affidavit, but this application provides the UID number that was not provided in the February 21st Affidavit.

4. As noted in Paragraphs 28 and 29 of the February 21st Affidavit, on the Facebook page corresponding to the Facebook user ID Big-Game-Kennels, I found the photo of an individual that appears to match the DMV photo of Jeffrey Scott. In support of this new application for a search warrant, I add that the internet address for the Facebook page that I visited, corresponding to the Facebook user ID Big-Game-Kennels, was https://www.facebook.com/BIG-GAME-Kennels-147815375234718. Based on my knowledge and experience, I know that the number 147815375234718 at the end of the internet address is the UID number for the Facebook account displayed on that page.

5. The February 21st Affidavit also was used to support applications to search the person of Jeffrey Scott, as well as the premises that he used on Low Ground Road in Emporia, Virginia. The warrant to search Jeffrey Scott was not executed because investigators did not find him. The warrant to search the premises he used on Low Ground Road in Emporia, was executed on February 22, 2018. In the course of the search, investigators found dozens of pit-bull type dogs, and numerous indicia of dogfighting. On March 6, 2018, a Virginia district court ordered the forfeiture of 61 dogs seized from that property, after evidence was presented by the

2

Virginia Attorney General's Office and the Greensville/Emporia Commonwealth's Attorney that the dogs owned by Jeffrey Scott had been systematically fought as part of a dogfighting operation.

6. I plan to execute the warrant obtained on the basis of this affidavit pursuant to the procedures described Paragraphs 60 through 63 of the February 21st Affidavit, except that the UID number 147815375234718 will be presented to Facebook personnel in addition to the Facebook user ID of Big-Game-kennels.

7. Based upon the above facts (as well as those included in the February 21st Affidavit), there is probable cause to believe that information in the Facebook account associated with the user ID BIG-GAME-KENNELS, under the name of Big Game Kennels, and the Facebook UID #147815375234718, stored at premises owned, controlled, or operated by Facebook, Inc. with offices at 1601 South California Avenue, in Palo Alto, California, will contain evidence of a conspiracy to engage in an animal fighting venture, in violation of 7 U.S.C. § 2156, and 18 U.S.C. §§ 49(a) and 371, as more particularly described on Attachment A.

8. Wherefore, I request the issuance of a search warrant pursuant to Rule 41 of the Federal Rules of Criminal Procedure.

9. Since this investigation is ongoing, disclosure of the search warrant, this affidavit, and/or this application and the attachment thereto will jeopardize the progress of the investigation. Accordingly, I request that the Court issue an order that the search warrant, this

affidavit in support of the application for the search warrant, the application for the search warrant, and all attachments thereto be filed under seal until further order of this Court.

FURTHER THIS AFFIANT SAYETH NOT.

Michael Palian
Special Agent, FBI

Subscribed to and sworn before me on this 19 th day of March 2018.

/s/
Ivan D. Davis
United States Magistrate Judge

## ATTACHMENT A

To the extent that the following information is within the possession, custody, or control of Facebook, Inc., including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for the account of Facebook user ID BIG-GAME-kennels, and the Facebook UID #147815375234718:

- All contact and personal identifying information, including: full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers;

- All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

- All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them;

- All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

- All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

- All "check ins" and other location information;

- All IP logs, including all records of the IP addresses that logged into the account;

- All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

- All information about the Facebook pages that the account is or was a "fan" of;

- All past and present lists of friends created by the account;

- All records of Facebook searches performed by the account;

- All information about the user's access and use of Facebook Marketplace;

- The length of service (including start date), the types of service utilized by the user, and the means and source of any payments associated with the service (including any credit card or bank account number);

- All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

- All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken;

- All cookie data and associate machines and accounts collected by Facebook for user's account to include, but not limited to, browser information if available and other pages and groups where the user (or the associated user) is the creator.

II. Information to be seized by the government

The information to be seized consists of information that constitutes evidence of violations of 7 U.S.C. § 2156 and 18 U.S.C. § 49, and/or relates to dog-fighting ventures; individuals or groups who engage in, sponsor, or attend dog fights; individuals or groups who breed dogs for the purpose of dog-fighting; and/or the identity of the person(s) who created and/or used the account.